**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**



FILED
AUG 1 2 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**JACK PENNINGTON, III and
LISA EUBANKS,**

    Plaintiffs,

v.                           CASE NO. 2:10cv361

**PNC MORTGAGE, A Division of
PNC Bank, N.A., and
SAMUEL I. WHITE, P.C., as Substitute Trustee,**

    Defendants.

**JUDGMENT IN A CIVIL CASE**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiffs' Petition for a Preliminary Injunction is DENIED; Samuel I. White P.C.'s motion to dismiss Plaintiffs' claims insofar as they relate to alleged violations of the Home Affordable Modification Program (HAMP) is GRANTED; that the Court sua sponte DISMISSES Plaintiffs' claims against Defendant PNC Mortgage for lack of standing insofar as they relate to alleged violations of HAMP.

**DATED: August 11, 2010**            FERNANDO GALINDO
                                                 Clerk of Court

                                                 /s/
                                           By_____
                                              L. Woodcock
                                              Deputy Clerk